UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Kuntal D. Sampat, | Case No.: 23-cv-1426-AGS-DEB |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS (ECF 2)** |
| v. | |
| USCIS, | |
| Defendant. | |

A pro se party seeking leave to electronically file documents, like Sampat, "must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (July 24, 2023). The manual refers to the Court's official web site for CM/ECF technical specifications, *id.* at § 1(i), which include a "[c]omputer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. United States District Court, Southern District of California, CM/ECF: General Info, https://www.casd.uscourts.gov/cmecf.aspx (last visited Aug. 9, 2023).

Here, Sampat alleges enough information concerning his computer equipment and software to meet the required technical specifications. (*See* ECF 2.) While the information provided may be incomplete in some respects, the Court is convinced he may easily remedy any deficiencies. So, the Court **GRANTS** Sampat's motion to electronically file documents (ECF 2.) If he hasn't already, Sampat **SHALL REGISTER** as a user with the Clerk's Office and as a subscriber per U.S. District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures Manual Section 2(b).

Dated: August 9, 2023

Andrew G. Schopler
United States District Judge